damaged. It was stipulated that plaintiff might retain the payment made without prejudice to a trial of the issues. Thus the only dispute was as to whether one cloth sack, at $9.50, was so damaged when delivered to defendant as to be unmarketable. The court found for the defendant, and no sufficient ground is presented calling for changing that result. Owing to manifest error, judgment for $9.50 was entered against the plaintiff. No costs were given. This should be corrected, by striking out that sum, leaving the record to read: "Judgment for defendant." As so modified, the judgment is affirmed, with costs.

RAIBER, Appellant, v. RAIBER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by George Raiber against Lettie Raiber. No opinion. Judgment affirmed, with costs.

RAYMOND v. TIFFANY. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Irving E. Raymond against Burnett Y. Tiffany. No opinion. Motion denied, without costs. Settle order on notice.

REICH v. COCHRAN et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Lorenz Reich against Eva S. Cochran and others. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 102 N. Y. Supp. 827.

RICE, Respondent, v. MacARTHUR BROS. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Hugh Rice against the MacArthur Bros. Company and others. No opinion. Judgment and order unanimously affirmed, with costs.

RICHMOND, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by George Richmond against the International Railway Company. No opinion. Order reversed, with costs, and judgment directed for the defendant upon the verdict.

In re RIESER. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of Ely J. Rieser. No opinion. Motion denied. Settle order on notice.

In re ROBERGE. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application of Franklin P. Roberge for payment of award in the proceeding entitled "In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Southerly Side of Maurice Avenue and Carroll Place, in the City of New York, Borough of Queens." No opinion. Order of reference to Joseph P. Conway, Esq., to take proof of the matter set forth in the petition and report to this court.

ROBERTS, Respondent, v. O'BRIEN BROS., Appellants. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Herbert C. Roberts against O'Brien Bros. No opinion. Judgment and order unanimously affirmed, with costs.

ROBINS, Respondent, v. BERTRAM, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Henry W. Robins against Ernest C. Bertram. No opinion. Judgment and order affirmed, with costs.

ROBINS, Respondent, v. BERTRAM, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Henry W. Robins against Ernest C. Bertram. No opinion. Motion for reargument denied, with costs, and stay vacated.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of Sanford Robinson. No opinion. Reference ordered. Settle order on notice.

ROHMAN et al. v. BUNT. (Supreme Court, Appellate Term. January 21, 1910.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Max L. Rohman and another against James Bunt. From a judgment for plaintiffs, defendant appeals. Reversed, and new trial ordered. James T. Bunt, for appellant. Harry A. Gordon, for respondents.

PER CURIAM. The trial justice dismissed the counterclaim herein upon the authority of Reiner v. Jones, 38 App. Div. 441, 56 N. Y. Supp. 423. In the case of Levy v. Roosevelt, 131 App. Div. 8, 115 N. Y. Supp. 475, it was held that a landlord was liable in an action for breach of contract for failure to repair a roof for damages suffered by a tenant of a portion of the premises by reason of injury to personal property left upon the premises under circumstances similar to those in the case under consideration. The judgment should therefore be reversed, and a new trial ordered, with costs to appellant to abide the event.

ROONEY, Respondent, v. BROGAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Margaret Rooney, as administratrix, etc., of John Rooney, deceased, against the Brogan Construction Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in the charge at folios 311, 312. See, also, 194 N. Y. 32, 86 N. E. 814; 124 App. Div. 911, 108 N. Y. Supp. 1146.

RICH, J., dissents, upon the ground that the charge complained of was withdrawn.

ROOSEN, Appellant, v. DENIKE et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by George F. Roosen against Mary T. Denike and another. No opinion. Judgment and order unanimously affirmed, with costs.